**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6932**

_____

UNITED STATES OF AMERICA,

         Plaintiff - Appellee,

   v.

JAMAR GREEN,

         Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Mark S. Davis, District Judge.  (4:20-cr-00001-MSD-LRL-1)

_____

Submitted:  April 28, 2026                  Decided:  May 1, 2026

_____

Before WILKINSON and GREGORY, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jamar Green, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamar Green appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. Upon review, we discern no abuse of discretion in the district court's finding that Green did not establish extraordinary and compelling reasons for release. *See United States v. Davis*, 99 F.4th 647, 653 (4th Cir. 2024) (stating standard of review). We therefore affirm the district court's order. *United States v. Green*, No. 4:20-cr-00001-MSD-LRL-1 (E.D. Va. July 22, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*